In the Matter of the Rehabilitation of NEW YORK TITLE AND MORTGAGE COMPANY.

LOUIS H. PINK, Superintendent of Insurance, as Liquidator of NEW YORK TITLE AND MORTGAGE COMPANY, Appellant; MORTGAGE COMMISSION OF THE STATE OF NEW YORK et al., Respondents.

Submitted May 17, 1937; decided July 13, 1937.

Motion for reargument denied, without costs. (See 274 N. Y. 556.)